UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81127-CV-MIDDLEBROOKS

SAUL ACUNA-ACOSTA,            )
                              )
        Plaintiff,            )
                              )
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____/

## MR. ACUNA-ACOSTA'S NOTICE OF FILING
## MOTION TO RE-INSTATE DIRECT APPEAL AND MOTION
## REQUESTING LEAVE TO FILE DIRECT APPEAL OUT OF TIME

The Defendant, **SAUL ACUNA-ACOSTA,** (hereinafter "Mr. ACUNA-ACOSTA"), by and through the undersigned counsel, respectfully files the instant Notice of Filing Motion to Reinstate Direct Appeal and Motion Requesting Leave to File Direct Appeal Out of Time, Exhibits in Support of Sentencing.  The latter motions have been forwarded to the Eleventh Circuit, thereby rendering the Section § 2255 lodged as moot. The aforementioned motions were previously timely lodged and the undersigned counsel later learned that said motions were lodged at the District Court level, rather than with the Eleventh Circuit.  The undersigned counsel has re-sent said motions to the Eleventh Circuit Court of Appeals, and the direct appeal and accompanying record excerpts have been filed with the Eleventh Circuit since May 19th, 2009.

2

Respectfully Submitted,

/S/ *Maria Elena Perez, Esq.*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice of filing

motions were furnished to the Office of the United States Attorney, 99 N.E. 4th Street,

Miami, Florida 33132, this 29th day of September, 2009.

Respectfully Submitted,

/S/ *Maria Elena Perez, Esq.*
MARIA ELENA PÉREZ
Florida Bar No. 0487910
MARIA ELENA PÉREZ, P.A.
145 Madeira, Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (305) 461-3444

3